**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000074
25-JUL-2011
09:02 AM**

NO. CAAP-10-0000074

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST CO.,
A NATIONAL BANKING ASSOCIATION, AS TRUSTEE UNDER THE
POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED
ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
Plaintiff-Appellee
v.
KATHERINE JEAN LILLEDAHL, Defendant-Appellant,
and
JOHN DOES 1-50 and JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2RC-10-1-2298)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Katherine Jean Lilledahl filed a notice of appeal on October 14, 2010; (2) the record on appeal was filed on December 13, 2010, and the appellate clerk filed the notice of entering case on calendar and informed Appellant that the

jurisdictional statement was due December 23, 2010 and the opening brief was due January 24, 2011; (3) Appellant filed the jurisdictional statement; (4) Appellant obtained an extension of time to February 23, 2011 to file the opening brief, but she did not file the opening brief; (5) on June 29, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on July 6, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (6) Appellant did not file the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, July 25, 2011.

Chief Judge

Associate Judge

Associate Judge

-2-